UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re: Google Digital Advertising  
Antitrust Litigation

21-md-3010 (PKC)

ORDER

---

CASTEL, U.S.D.J.

The conference scheduled for Friday, September 24, 2021 at 11:00 a.m. will be held in Courtroom 11D at 500 Pearl Street, New York, New York. Ceremonial Courtroom 9C is set as an overflow courtroom.

Remote telephone information is provided below.

> Dial in: 1-888-363-4749;
> Access Code: 3667981.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       September 20, 2021