UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE GOOGLE DIGITAL ADVERTISING
ANTITRUST  LITIGATION                                    21-md-3010 (PKC)

                                                            ORDER

-----------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

            The Court will hear argument on Google's motion to dismiss the States' Third

Amended Complaint on August 31, 2022 at 2 p.m. in Courtroom 11D.

            SO ORDERED.

                                        _____
                                              P. Kevin Castel
                                        United States District Judge

Dated:  New York, New York
        July 28, 2022