UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC) <br><br> **ORDER TO WITHDRAW DANIEL V. DORRIS AS ATTORNEY OF RECORD** |
| *This Document Relates To:* <br><br> ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC. <br><br>        *Plaintiffs,* <br><br>  -against- <br><br> GOOGLE LLC and ALPHABET INC., <br><br>        *Defendants.* | Case No. 1:21-cv-03446 (PKC) |

The motion of Daniel V. Dorris to withdraw as attorney of record in the above-entitled litigation is granted.

**IT IS HEREBY ORDERED** that Daniel V. Dorris be withdrawn as Counsel for Associated Newspapers Ltd. and Mail Media, Inc. in the above-referenced actions.

Dated: 11-18-22

Honorable P. Kevin Castel