UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 1:21-md-3010 (PKC) |

*This Document Relates To:*

| | |
|---|---|
| IN RE: GOOGLE DIGITAL PUBLISHER ANTITRUST LITIGATION | No. 1:21-cv-07034 (PKC) |
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 1:21-cv-07001 (PKC) |
| ASSOCIATED NEWSPAPERS LTD. v. GOOGLE LLC | No. 1:21-cv-03446 (PKC) |
| GANNETT CO., INC. v. GOOGLE LLC | No. 1:23-cv-05177 (PKC) |
| INFORM INC. v. GOOGLE LLC | No. 1:23-cv-01530 (PKC) |

**DEFENDANTS GOOGLE LLC, ALPHABET INC.,
AND YOUTUBE, LLC'S NOTICE OF OMNIBUS MOTION TO
SEAL GOOGLE'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS'
MOTIONS FOR COLLATERAL ESTOPPEL AND PARTIAL SUMMARY JUDGMENT,
DECLARATION OF EVA H. YUNG, EXHIBITS TO THE DECLARATION OF
<u>EVA H. YUNG, AND EXHIBITS TO THE DECLARATION OF ERIC J. MAIER</u>**

PLEASE TAKE NOTICE that Defendants Google LLC, Alphabet Inc., and YouTube, LLC (together, "Google") will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order to seal material contained in (1) Google's Memorandum of Law in Opposition to Plaintiffs' Motions for Collateral Estoppel and Partial Summary Judgment; (2) the Declaration of Eva H. Yung in Support of Google's Memorandum of Law in Opposition to Plaintiffs' Motions for Collateral Estoppel and Partial Summary Judgment (the "Yung Declaration"); (3) the Exhibits to the Yung Declaration, and (4) the Exhibits to the Declaration of Eric J. Maier in Support of Plaintiffs Daily Mail and Gannett's Memorandum of Law in Support of Their Motion for Partial Summary Judgment.

Dated: July 18, 2025                                    Respectfully Submitted,

                                                        /s/ Craig M. Reiser
                                                        Craig M. Reiser
                                                        AXINN, VELTROP & HARKRIDER LLP
                                                        630 Fifth Avenue, 33rd Floor
                                                        New York, NY 10111
                                                        Telephone: (212) 728-2218
                                                        Email: creiser@axinn.com

                                                        Bradley D. Justus
                                                        AXINN, VELTROP & HARKRIDER LLP
                                                        1901 L Street, NW
                                                        Washington, DC 20036
                                                        Telephone: (202) 469-3532
                                                        Email: bjustus@axinn.com

Justina K. Sessions**
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Email: justina.sessions@freshfields.com
Eric Mahr**
Andrew J. Ewalt**
FRESHFIELDS US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Email:  eric.mahr@freshfields.com
          andrew.ewalt@freshfields.com

Counsel for Defendants Google LLC
and Alphabet Inc.

*\*Except as to Associated Newspapers Ltd.,
et al. v. Google LLC, No. 1:21-cv-03446 (PKC)*