# EXHIBIT 29
# REDACTED

Page 1

1           IN THE UNITED STATES DISTRICT COURT
2         FOR THE SOUTHERN DISTRICT OF NEW YORK
3
4     *******************************
5     IN RE:
6     GOOGLE DIGITAL         NO. 1:21-MD-3010 (PKC)
7     ADVERTISING ANTITRUST
8     LITIGATION
9     *******************************
10
11
12                    CONFIDENTIAL
13            VIDEOTAPED DEPOSITION OF
14              JAMES W. MICKENS, PH.D.
15              FRIDAY, MARCH 27, 2025
16               9:08 A.M. - 6:41 P.M.
17                    DLA PIPER
18                 33 ARCH STREET
19             BOSTON, MASSACHUSETTS
20
21
22
23     REPORTED BY:  Sandra A. Deschaine, CSR, RPR,
24     CLR, RSA
25     Job No. CS7247127

Case 1:21-md-03010-PKC   Document 1081-29   Filed 07/18/25   Page 3 of 12

```
                                                    Page 2
```

1   APPEARANCES:
2
3   ON BEHALF OF THE PLAINTIFFS ASSOCIATED
4   NEWSPAPERS LIMITED and MAIL MEDIA, INC., and
5   GANNETT CO. INC. AND THE WITNESS:
6   KELLOGG, HANSEN, TODD, FIGEL & FREDERICK,
7   P.L.L.C.:
8        Christopher Goodnow, Esquire
9        Sumner Square
10       1615 M Street, N.W., Suite 400
11       Washington, District of Columbia 20036
12       202.326.7907
13       ggoodnow@kellogghansen.com
14       shenningson@kellogghansen.com
15
16  On BEHALF OF DEFENDANTS GOOGLE LLC and
17  Alphabet, Inc.:
18  AXINN, VELTROP & HARKRIDER LLP
19       James Hunsburger, Esquire
20       Maryanne Magnier, Esquire
21       1901 L Street NW
22       Washington, District of Columbia 20036
23       202.469.3561
24       jhunsberger@axinn.com
25       mmagnier@axinn.com

Veritext Legal Solutions
800-567-8658                                      973-410-4098

Page 3

1   (Appearances continued)
2
3   and
4   AXINN, VELTROP & HARKRIDER LLP
5        Russell Steinthal, Esquire
6        630 Fifth Avenue
7        New York, New York 10111
8        212.728.2200
9        rsteinthal@axinn.com
10
11  Also Present:   Shawn Budd, videographer
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 334

```
 1        Q.    Are you offering an opinion that
 2   any of the design choices by Google were
 3   deceptive?
 4              MR. GOODNOW:  Objection to form.
 5        A.    I am not offering opinions about
 6   deceptiveness, once again, from the economic
 7   perspective.
 8              I make a series of technical
 9   claims in here about what various
10   participants did or did not know about
11   various aspects of auctions.
12   BY MR. HUNSBURGER:
13        Q.    Are you offering an opinion that
14   any of the design choices by Google were
15   unfair?
16              MR. GOODNOW:  Objection to form.
17        A.    Once again, I look at all the
18   questions in my report from a technical lens.
19   BY MR. HUNSBURGER:
20        Q.    Are you offering any opinion that
21   any of the design choices by Google were
22   unfair from a technical lens?
23        A.    We've had some discussions earlier
24   in the deposition about what I meant by fair,
25   so I'd refer you back to that discussion.
```

800-567-8658                                   973-410-4098

Page 335

1  Q.  Are you offering an opinion that
2  any of the design choices by Google violated
3  any state law?
4  A.  I'm not making any opinions about
5  strictly legal matters.
6  Q.  Professor, did you visit
7  dailymail.com in preparing your report?
8  A.  I have not visited that site
9  specifically for the purposes of preparing
10 the report, but I have been to that site
11 before.
12 Q.  Would you agree that some
13 advertisers would not want their
14 advertisements displayed next to xenophobic
15 content?
16         MR. GOODNOW:  Objection to form.
17 A.  I would say that, in general,
18 advertisers have targeting criteria, and
19 advertisers, some may not wish to have their
20 content displayed next to that.
21 BY MR. HUNSBURGER:
22 Q.  Would you agree that at least some
23 advertisers do not want their advertisements
24 displayed next to racist content?
25         MR. GOODNOW:  Objection to form.

Page 336

```
 1          A.   There will be some advertisers,
 2    yes, who have those targeting criteria.
 3               MR. HUNSBURGER:  I'll mark our
 4        final exhibit of the day, Exhibit 12.
 5    (Exhibit 12, Daily Mail, MAC ON...Europe's
 6    open borders, marked for identification.)
 7    BY MR. HUNSBURGER:
 8          Q.   I'm showing you what has been
 9    marked for the record as Mickens Exhibit 12.
10               This a cartoon published by Daily
11    Mail on November 16th, 2015.  The cartoon is
12    titled "MAC ON...Europe's open borders."
13               Do you see that?
14          A.   I do.
15          Q.   In your view, is that cartoon
16    xenophobic?
17               MR. GOODNOW:  Objection to form.
18          A.   This is the first time that I have
19    seen this particular cartoon.  I mean, it
20    appears to be a cartoon which is
21    anti-immigration.
22    BY MR. HUNSBURGER:
23          Q.   In your view, is this cartoon
24    racist?
25               MR. GOODNOW:  Objection to form.
```

Page 337

```
1          A.   I don't -- I don't personally like
2     this cartoon.  I think that there's an
3     argument that it could be racist.
4     BY MR. HUNSBURGER:
5          Q.   I agree.  The carton depicts what
6     appears to be migrants crossing into Europe?
7          A.   That appears to be the case.
8          Q.   And do you see the depiction of a
9     woman in a burka?
10         A.   I do.
11         Q.   And a silhouette of a bearded man
12    with a gun?
13         A.   I do.
14         Q.   How do you interpret those?
15              MR. GOODNOW:  Objection to form.
16         A.   I think that this is an
17    anti-immigrant cartoon.
18    BY MR. HUNSBURGER:
19         Q.   And the immigrants here are
20    crossing the border accompanied by multiple
21    rats at the bottom.
22              Do you see that?
23         A.   I do.
24         Q.   Does Harvard University advertise?
25         A.   That I don't know.
```

```
1        Q.   Assuming Harvard advertises, would
2    Harvard want its ads displayed next to this
3    cartoon?
4             MR. GOODNOW:  Objection to form.
5        A.   I imagine the answer would be no.
6    BY MR. HUNSBURGER:
7        Q.   And as you state in your rebuttal
8    report, directing you to paragraph 35.
9        A.   Yes.
10   [REDACTED]
11   [REDACTED]
12   [REDACTED]
13   [REDACTED]
14   [REDACTED]
15   [REDACTED]
16   [REDACTED]
17   [REDACTED]
18   [REDACTED]
19   [REDACTED]
20   [REDACTED]
21   [REDACTED]
22   [REDACTED]
23   [REDACTED]
24   [REDACTED]
25   [REDACTED]
```



```
 1   ████████ ████ ████ █ ████████ █
 2   ████ ██ █ █ ██████ █ █ ██ ██████
 3   █████ ██ █ █ █████ ██ █ █████
 4   █████ █ ███████ ████ █ ██
 5         ██ █████ ███████ █ ███
 6      █ ████ ██████ ██ █ ███████
 7   █ ██ ██ █ ██ ██████ ██ █ █████ ████
 8   ████████ █ █ ████ ████ █████████ ████
 9   ████ ██ █ ████ ███████ ████ ████ ████
10   ████ ██ ████ ███████ █ █████ ██ ████
11   █████
```

12   BY MR. HUNSBURGER:
13       Q.   So fair to say that advertisers
14   may not want their ads displayed next to
15   content like this on Daily Mail's website?
16            MR. GOODNOW:  Objection to form.
17       A.   That is correct, but that is not a
18   point of contention amongst myself and, I
19   believe, any of the experts in the case.
20   BY MR. HUNSBURGER:
21       Q.   You're saying all the experts in
22   the case agree that this is the type of
23   content that advertisers would not want their
24   ads displayed next to?
25            MR. GOODNOW:  Objection to form.

Veritext Legal Solutions
800-567-8658                                     973-410-4098

Page 340

```
1       A.   No.  What I'm saying is that to my
2    understanding there's no disagreement amongst
3    the experts that targeting is a helpful thing
4    for both publishers and advertisers.
5    BY MR. HUNSBURGER:
6       Q.   Targeting so the advertisers can
7    avoid having their ads displayed next to
8    xenophobic content like this cartoon,
9    correct?
10           MR. GOODNOW:  Objection to form.
11      A.   For example, that's one reason why
12   people might not want -- I'm sorry.  That is
13   one reason why an advertiser might want to
14   target its ads.
15   BY MR. HUNSBURGER:
16      Q.   Professor Mickens, I have no
17   further questions for you at this time.  I
18   appreciate your time and patience with us
19   today.  I know it's been a long day, so thank
20   you very much.
21           MR. HUNSBURGER:  And I'll pass the
22   witness.
23           MR. GOODNOW:  No questions for me.
24       I think we can wrap up.
25               THE VIDEOGRAPHER:  The time is
```

Page 341

```
 1        6:40.  We're off the record.
 2             THE COURT REPORTER:  Mr. Goodnow,
 3        you're getting a rough, right?
 4             MR. GOODNOW:  Yes.
 5             THE COURT REPORTER:  And I have an
 6        expedite for Friday.
 7             MR. HUNSBURGER:  Whatever you got
 8        on the order is good with me.
 9             MR. GOODNOW:  Same for us.
10     (Deposition concluded at 6:41 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```