**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC) |

*This Document Relates To:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.<br><br>                          Plaintiffs,<br><br>   -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>                          Defendants. | Case No. 1:21-cv-03446 (PKC) |
| GANNETT CO., INC.<br><br>                          Plaintiff,<br><br>   -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>                          Defendants. | Case No. 1:23-cv-05177 (PKC) |

**PLAINTIFFS DAILY MAIL AND GANNETT'S NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON GOOGLE'S AFFIRMATIVE DEFENSES**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs Associated Newspapers Ltd., and Mail Media, Inc. ("Daily Mail") and Gannett Co., Inc.'s ("Gannett") Motion for Partial Summary Judgment on Google's Affirmative Defenses, which is being submitted contemporaneously with this Notice of Motion, Daily Mail and Gannett will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order granting Partial Summary Judgment on Google's Affirmative Defenses.

Date:  December 1, 2025

Respectfully submitted,

*/s/ John Thorne*

John Thorne
Daniel G. Bird
Bethan R. Jones
Christopher C. Goodnow
Mark P. Hirschboeck
Eliana Margo Pfeffer
Eric J. Maier
Sven E. Henningson
Jonathan I Liebman
Kyle B. Grigel
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.
1615 M Street NW, Suite 400
Washington, DC 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999
Email: jthorne@kellogghansen.com
             dbird@kellogghansen.com
             bjones@kellogghansen.com
             cgoodnow@kellogghansen.com
             mhirschboeck@kellogghansen.com
             epfeffer@kellogghansen.com
             emaier@kellogghansen.com
             shenningson@kellogghansen.com
             jliebman@kellogghansen.com
             kgrigel@kellogghansen.com

*Counsel for Associated Newspapers Ltd., Mail Media, Inc., and Gannett Co., Inc.*