UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 1:21-md-3010 (PKC) |
| *This Document Relates To:* | |
| ASSOCIATED NEWSPAPERS LTD., *et al.* v. GOOGLE LLC, *et al.* | No. 1:21-cv-03446 (PKC) |
| GANNETT CO., INC. v. GOOGLE LLC, *et al.* | No. 1:23-cv-05177 (PKC) |

**DECLARATION OF CAROLINE P. BOISVERT
IN SUPPORT OF DEFENDANTS GOOGLE LLC AND
ALPHABET INC.'S MEMORANDUM OF LAW IN OPPOSITION
TO PLAINTIFFS DAILY MAIL AND GANNETT'S MOTION FOR
<u>PARTIAL SUMMARY JUDGMENT ON GOOGLE'S AFFIRMATIVE DEFENSES</u>**

I, Caroline P. Boisvert, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an associate at the law firm Axinn, Veltrop & Harkrider LLP, which represents Defendants Google LLC and Alphabet Inc. (together, "Google") in the above-captioned case.

2. I am an attorney admitted to practice in the State of Connecticut and the Commonwealth of Massachusetts, and I am admitted to practice *pro hac vice* in the U.S. District Court for the Southern District of New York in relation to this matter.

3. I respectfully submit this Declaration in support of 1) Google's Memorandum of Law in Opposition to Plaintiffs Daily Mail and Gannett's Motion for Partial Summary Judgment on Google's Affirmative Defenses, and 2) Google's Response to Plaintiffs Daily Mail and Gannett's Statement of Material Facts Not in Dispute Pursuant to Local Rule 56.1(a) and Statement of Supplemental Material Facts.

4. Attached to this declaration as **Exhibit 1** is a true and correct copy of excerpts from the Supplemental Expert Report of Mark A. Israel, Ph.D., on behalf of Google in this action, dated December 13, 2024.

5. Attached to this declaration as **Exhibit 2** is a true and correct copy of excerpts from the Expert Report of Mark A. Israel, Ph.D., on behalf of Google in this action, dated December 13, 2024.

6. Attached to this declaration as **Exhibit 3** is a true and correct copy of a document titled "Display RevForce," produced by Google in this action, bearing Bates Nos. GOOG-AT-MDL-019215643 – GOOG-AT-MDL-019215688.

7. Attached to this declaration as **Exhibit 4** is a true and correct copy of excerpts from the deposition of Brad Bender, taken in this matter on June 19, 2024.

8. Attached to this declaration as **Exhibit 5** is a true and correct copy of excerpts from the deposition of Daniel Taylor, taken in this matter on June 24, 2024.

9. Attached to this declaration as **Exhibit 6** is a true and correct copy of excerpts from the Second Revised Expert Reply Report of Professor Ali Hortacsu, on behalf of Plaintiffs Daily Mail and Gannett in this action, dated April 18, 2025.

10. Attached to this declaration as **Exhibit 7** is a true and correct copy of excerpts from the deposition of Professor Ali Hortacsu, expert witness on behalf of Plaintiffs Daily Mail and Gannett in this action, taken pursuant to the Stipulation and Order Regarding Expert Discovery, ECF No. 429, on April 14, 2025.

11. Attached to this declaration as **Exhibit 8** is a true and correct copy of excerpts from the Second Revised Expert Report of Professor Ali Hortacsu, on behalf of Plaintiffs Daily Mail and Gannett in this action, dated October 18, 2024.

12. Attached to this declaration as **Exhibit 9** is a true and correct copy of excerpts of the Expert Report of Professor Paul A. Milgrom, on behalf of Google in this action, dated December 13, 2024.

13. Attached to this declaration as **Exhibit 10** is a true and correct copy of excerpts of the Expert Report of Professor Judith A. Chevalier, on behalf of Google in this action, dated December 13, 2024.

14. Attached to this declaration as **Exhibit 11** is a true and correct copy of an email from ▇▇▇▇▇▇ with the subject line "▇▇▇▇▇▇▇▇▇▇▇▇," dated April 25, 2019, produced by Plaintiff Daily Mail in this matter bearing Bates Nos. DM_ GOOG_0045401 – DM_ GOOG_0045422.

15. Attached to this declaration as **Exhibit 12** is a true and correct copy of excerpts of the Revised Expert Report of Professor Shengwu Li, on behalf of Plaintiffs Daily Mail and Gannett in this action, dated October 11, 2024.

16. Attached to this declaration as **Exhibit 13** is a true and correct copy of a document titled "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮," produced by Plaintiff Daily Mail in this action, bearing Bates Nos. DM_GOOG_0461720 – DM_GOOG_0461760.

17. Attached to this declaration as **Exhibit 14** is a true and correct copy of a document titled "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮," produced by Plaintiff Daily Mail in this action, bearing Bates Nos. DM_GOOG_0461761 – DM_GOOG_0461800.

18. Attached to this declaration as **Exhibit 15** is a true and correct copy of excerpts of the deposition of Matthew Wheatland, taken in this matter on June 11, 2024.

19. Attached to this declaration as **Exhibit 16** is a true and correct copy of excerpts of the deposition of Matthew Wheatland, 30(b)(6) witness on behalf of Plaintiff Daily Mail in this action, dated June 12, 2024.

20. Attached to this declaration as **Exhibit 17** is a true and correct copy of an email from ▮▮▮▮▮▮▮▮ with the subject line "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮," dated July 7, 2019, produced by Plaintiff Daily Mail in this action, bearing Bates Nos. DM_GOOG_0089942 – DM_GOOG_0089959.

21. Attached to this declaration as **Exhibit 18** is a true and correct copy of an email from ▮▮▮▮▮▮▮▮ with the subject line "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮,"

dated November 6, 2020, produced by Plaintiff Daily Mail in this action, bearing Bates Nos. DM_GOOG_0045999 – DM_GOOG_0046017.

22. Attached to this declaration as **Exhibit 19** is a true and correct copy of an email from ▮▮▮ with the subject line "▮▮▮," dated July 24, 2017, produced by Plaintiff Daily Mail in this action, bearing Bates Nos. DM_GOOG_0446371 – DM_GOOG_0446372.

23. Attached to this declaration as **Exhibit 20** is a true and correct copy of an email from ▮▮▮ with the subject line "▮▮▮," dated July 19, 2018, produced by Plaintiff Daily Mail in this action, bearing Bates Nos. DM_GOOG_0884759 – DM_GOOG_0884773.

24. Attached to this declaration as **Exhibit 21** is a true and correct copy of excerpts from trial proceedings in *United States, et al. v. Google LLC*, No. 1:23-cv-108 (E.D. Va.) (LMB), occurring on the afternoon of September 25, 2024.

25. Attached to this declaration as **Exhibit 22** is a true and correct copy of excerpts of the Expert Report of Professor Jonah Berger, on behalf of Google in this action, dated December 13, 2024.

26. Attached to this declaration as **Exhibit 23** is a true and correct copy of excerpts of the deposition of ▮▮▮, taken in this matter on July 3, 2024.

27. Attached to this declaration as **Exhibit 24** is a true and correct copy of an email from ▮▮▮ with the subject line "▮▮▮," dated January 8, 2018, produced by Plaintiff Gannett in this action, bearing Bates Nos. GANNETT_GOOG_0020207 – GANNETT_GOOG_0020209.

28. Attached to this declaration as **Exhibit 25** is a true and correct copy of an email from ▮▮▮▮ with the subject line "▮▮▮▮," dated May 4, 2022, produced by Plaintiff Gannett in this action, bearing Bates Nos. GANNETT_GOOG_0646455 – GANNETT_GOOG_0646459.

29. Attached to this declaration as **Exhibit 26** is a true and correct copy of an email from ▮▮▮▮ with the subject line "▮▮▮▮," dated May 27, 2020, produced by Plaintiff Gannett in this action, bearing Bates Nos. GANNETT_GOOG_1586587 – GANNETT_GOOG_1586595.

30. Attached to this declaration as **Exhibit 27** is a true and correct copy of an email from ▮▮▮▮ with the subject line "▮▮▮▮," dated December 8, 2014, produced by Plaintiff Gannett in this action, bearing Bates Nos. GANNETT_GOOG_0969246 – GANNETT_GOOG_0969247.

31. Attached to this declaration as **Exhibit 28** is a true and correct copy of an email from ▮▮▮▮ with the subject line "▮▮▮▮," dated February 27, 2018, produced by Plaintiff Gannett in this action, bearing Bates No. GANNETT_GOOG_0047811.

32. Attached to this declaration as **Exhibit 29** is a true and correct copy of an email from ▮▮▮▮ with the subject line "▮▮▮▮," dated December 10, 2018, produced by Plaintiff Gannett in this action, bearing Bates Nos. GANNETT_GOOG_1133714 – GANNETT_GOOG_1133717.

33. Attached to this declaration as **Exhibit 30** is a true and correct copy of excerpts of the deposition of ▮▮▮▮, taken in this action on June 28, 2024.

34. Attached to this declaration as **Exhibit 31** is a true and correct copy of excerpts of the deposition of ▮▮▮▮▮, taken in this action on June 25, 2024.

35. Attached to this declaration as **Exhibit 32** is a true and correct copy of excerpts from Plaintiff Daily Mail's Third Supplemental Responses and Objections to Google's First Set of Interrogatories.

36. Attached to this declaration as **Exhibit 33** is a true and correct copy of excerpts from Plaintiff Gannett's Supplemental Responses and Objections to Google's First Set of Interrogatories.

37. Attached to this declaration as **Exhibit 34** is a true and correct copy of excerpts of the deposition of ▮▮▮▮▮, 30(b)(6) witness on behalf of Plaintiff Gannett in this action, dated June 21, 2024.

38. Attached to this declaration as **Exhibit 35** is a true and correct copy of excerpts of the deposition of ▮▮▮▮▮, taken in this action on June 27, 2024.

39. Attached to this declaration as **Exhibit 36** is a true and correct copy of an email from Matthew Wheatland with the subject line "▮▮▮▮▮," dated June 12, 2017, produced by Plaintiff Daily Mail in this action, bearing Bates Nos. DM_GOOG_0000031 – DM_GOOG_0000049.

40. Attached to this declaration as **Exhibit 37** is a true and correct copy of an email from ▮▮▮▮▮ with the subject line "▮▮▮▮▮," dated December 22, 2020, produced by Plaintiff Daily Mail in this action, bearing Bates Nos. DM_GOOG_0145191 – DM_GOOG_0145229.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 12th day of December, 2025, in West Hartford, CT.

*/s/ Caroline P. Boisvert*
Caroline P. Boisvert