**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 1:21-md-3010 (PKC) |

*This Document Relates To:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD., *et al.* v. GOOGLE LLC, *et al.* | No. 1:21-cv-03446 (PKC) |
| GANNETT CO., INC. v. GOOGLE LLC, *et al.* | No. 1:23-cv-05177 (PKC) |

**CERTIFICATE OF SERVICE**
**PURSUANT TO STANDING ORDER M10-468**

      Pursuant to Standing Order M10-468, I hereby certify that on December 22, 2025, a true and correct copy of the unredacted version of Exhibit 14 to the Declaration of Eric J. Maier in Support of Plaintiffs Daily Mail and Gannett's Memorandum of Law in Support of Their Motion for Partial Summary Judgment on Google's Affirmative Defenses (filed as ECF No. 1298) was served upon counsel of record via email.

Dated: December 12, 2025

Respectfully submitted,

*/s/ Caroline P. Boisvert*
Caroline P. Boisvert
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8129
Email: cboisvert@axinn.com