# APPENDIX A

| Alleged Conduct | Accrual Date | Untimely Daily Mail Federal Claims (pre-April 20, 2017) | Untimely Daily Mail State Claim (pre-April 20, 2018) | Untimely Gannett Federal Claims (pre-June 20, 2019) | Untimely Gannett State Claims (pre-June 20, 2020) | Date First Alleged in a Publisher Class Complaint |
|---|---|---|---|---|---|---|
| Tying AdX (tying product) to DFP (tied product) | 2010 (SUF ¶¶ 65, 67) | x | x | x | x | *Sweepstakes Today, LLC*, 20-cv-08984 (N.D. Cal. Dec. 15, 2020) |
| Restriction of Google Ads Bids to AdX | 2010 (SUF ¶ 67) | x | x | x | x | *Sweepstakes Today, LLC*, 20-cv-08984 (N.D. Cal. Dec. 15, 2020) |
| Dynamic Allocation | 2009 (SUF ¶ 69) | x | x | x | x | *Sterling Int'l Consulting Group*, 20-cv-09321 (N.D. Cal. Dec. 23, 2020) |
| Enhanced Dynamic Allocation | 2014 (SUF ¶ 85) | x | x | x | x | *Sterling Int'l Consulting Group*, 20-cv-09321 (N.D. Cal. Dec. 23, 2020) |
| Last Look | 2014 (SUF ¶¶ 74-75) | x | x | x | x | *Sweepstakes Today, LLC*, 20-cv-08984 (N.D. Cal. Dec. 15, 2020) |
| Dynamic Revenue Share ("DRS") and Variants | DRS 2015 (SUF ¶ 96)<br>DRS v2 2016 (SUF ¶ 97)<br>tDRS 2018 (SUF ¶ 98) | x (versions 1 and 2) | x (versions 1 and 2) | x (all versions) | x (all versions) | *Amended Consol. Class Action Compl.*, 21-cv-07034 (S.D.N.Y. Dec. 5, 2022) |
| Admeld and DoubleClick Acquisitions | Admeld 2011 (SUF ¶ 61)<br>DoubleClick 2008 (SUF ¶ 61) | x | x | x | x | Admeld: *Sterling Int'l Consulting Group*, 20-cv-09321 (N.D. Cal. Dec. 23, 2020)<br><br>DoubleClick: *Sweepstakes Today, LLC*, 20-cv-08984 (N.D. Cal. Dec. 15, 2020) |
| Viewable CPM | October 2017 (SUF ¶ 135) | N/A | x | N/A | N/A | None |