# **EXHIBIT 2 (PUBLIC VERSION)**

# DOCUMENT FILED UNDER SEAL