**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC) |

*This Document Relates To:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.<br><br>*Plaintiffs*,<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants*. | Case No. 1:21-cv-03446 (PKC) |
| GANNETT CO., INC.<br><br>*Plaintiff*,<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants*. | Case No. 1:23-cv-05177 (PKC) |

**[PROPOSED] ORDER CONCERNING PLAINTIFFS DAILY MAIL AND GANNETT'S MOTION TO SEAL GOOGLE'S MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS ASSERTED BY PLAINTIFFS DAILY MAIL AND GANNETT, SUPPORTING MATERIALS, AND GOOGLE'S RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS ASSERTED BY PLAINTIFFS DAILY MAIL AND GANNETT**

Upon consideration of Plaintiffs Daily Mail and Gannett's Motion To Seal Google's Memorandum of Law in Support of Their Motion for Summary Judgment on All Claims Asserted by Plaintiffs Daily Mail and Gannett, Supporting Materials, and Google's Rule 56.1 Statement of Undisputed Material Facts in Support of Their Motion for Summary Judgment on All Claims Asserted by Plaintiffs Daily Mail and Gannett:

2

**IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED**. The documents identified by Daily Mail and Gannett in their Memorandum of Law in Support of Their Motion To Seal Google's Memorandum of Law in Support of Their Motion for Summary Judgment on All Claims Asserted by Plaintiffs Daily Mail and Gannett, Supporting Materials, and Google's Rule 56.1 Statement of Undisputed Material Facts in Support of Their Motion for Summary Judgment on All Claims Asserted by Plaintiffs Daily Mail and Gannett shall remain sealed.

Dated: _____          _____
                                        Honorable P. Kevin Castel
                                        United States District Judge