**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**MOTION TO WITHDRAW JARED M. STEHLE AS ATTORNEY OF RECORD** |

*This Document Relates To:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.<br><br>*Plaintiffs,*<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants.* | Case No. 1:21-cv-03446 (PKC) |
| GANNETT CO., INC.<br><br>*Plaintiff,*<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants.* | Case No. 1:23-cv-05177 (PKC) |
| DOTDASH MEREDITH INC. A/K/A PEOPLE INC. and MEREDITH OPERATIONS CORPORATION,<br><br>*Plaintiffs,*<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants.* | Case No. 1:25-cv-07194 (PKC) |

1

| | |
|---|---|
| INSIDER, INC.,<br><br>*Plaintiff,*<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants.* | Case No. 1:25-cv-07409 (PKC) |
| THE SLATE GROUP LLC,<br><br>*Plaintiff,*<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants.* | Case No. 1:25-cv-07697 (PKC) |
| CMI MARKETING, INC.,<br><br>*Plaintiff,*<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants.* | Case No. 1:25-cv-08630 (PKC) |

PLEASE TAKE NOTICE that the undersigned moves this Court pursuant to Local Civil Rule 1.4, to allow Jared M. Stehle to withdraw as counsel of record for Plaintiffs Associated Newspapers, Ltd., Mail Media, Inc., Gannett Co., Inc., Dotdash Meredith Inc. a/k/a People Inc., Meredith Operations Corporation, Insider, Inc., The Slate Group LLC, and CMI Marketing, Inc. in the above-referenced actions due to his departure from the law firm Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

I respectfully request that Jared M. Stehle be removed from the docket as counsel for Associated Newspapers, Ltd., Mail Media, Inc., Gannett Co., Inc., Dotdash Meredith Inc. a/k/a

2

People Inc., Meredith Operations Corporation, Insider, Inc., The Slate Group LLC, and CMI Marketing, Inc.

All other counsel listed on the docket from the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. will continue to represent Associated Newspapers, Ltd., Mail Media, Inc., Gannett Co., Inc., Dotdash Meredith Inc. a/k/a People Inc., Meredith Operations Corporation, Insider, Inc., The Slate Group LLC, and CMI Marketing, Inc. in these matters.

A proposed order is attached hereto.

Dated:  March 20, 2026

Respectfully submitted,

/s/ *John Thorne*

John Thorne
Daniel G. Bird
Bethan R. Jones
Daniel S. Severson
Christopher C. Goodnow
Eliana Margo Pfeffer
Eric J. Maier
Mark P. Hirschboeck
Rund M. Khayyat
Jonathan I. Liebman
Sven E. Henningson
Kyle B. Grigel
Jahvonta A. Mason
Reno G. Varghese
Eric X. Xu
Zachary J. Tauscher
Seth D. Crockett
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Tel.:  (202) 326-7900
Fax:  (202) 326-7999
Email:  jthorne@kellogghansen.com
        dbird@kellogghansen.com
        bjones@kellogghansen.com
        dseverson@kellogghansen.com
        cgoodnow@kellogghansen.com
        epfeffer@kellogghansen.com
        emaier@kellogghansen.com
        mhirschboeck@kellogghansen.com
        rkhayyat@kellogghansen.com
        jliebman@kellogghansen.com
        shenningson@kellogghansen.com
        kgrigel@kellogghansen.com
        jmason@kellogghansen.com
        rvarghese@kellogghansen.com
        exu@kellogghansen.com
        ztauscher@kellogghansen.com
        scrockett@kellogghansen.com

4

*Counsel for Plaintiffs Associated Newspapers,*
*Ltd., Mail Media, Inc., Gannett Co., Inc.,*
*Dotdash Meredith Inc. a/k/a People Inc.,*
*Meredith Operations Corporation, Insider, Inc.,*
*The Slate Group LLC, and CMI Marketing, Inc.*

5

## CERTIFICATE OF SERVICE

I hereby certify that, on March 20, 2026, I caused an electronic copy of the foregoing Motion to Withdraw Jared M. Stehle as Attorney of Record to be served electronically by the Court's Electronic Case Filing (ECF) System.

/s/ *John Thorne*
John Thorne

1