**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC) |

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**

*This Document Relates To:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC. | |
| *Plaintiffs,* | Case No. 1:21-cv-03446 (PKC) |
| -against- | |
| GOOGLE LLC and ALPHABET INC., | |
| *Defendants.* | |
| GANNETT CO., INC. | |
| *Plaintiff,* | Case No. 1:23-cv-05177 (PKC) |
| -against- | |
| GOOGLE LLC and ALPHABET INC., | |
| *Defendants.* | |
| DOTDASH MEREDITH INC. A/K/A PEOPLE INC. and MEREDITH OPERATIONS CORPORATION, | |
| *Plaintiffs,* | Case No. 1:25-cv-07194 (PKC) |
| -against- | |
| GOOGLE LLC and ALPHABET INC., | |
| *Defendants.* | |

| | |
|---|---|
| INSIDER, INC.,<br><br>        *Plaintiff,*<br><br>  -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>        *Defendants.* | Case No. 1:25-cv-07409 (PKC) |
| THE SLATE GROUP LLC,<br><br>        *Plaintiff,*<br><br>  -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>        *Defendants.* | Case No. 1:25-cv-07697 (PKC) |
| CMI MARKETING, INC.,<br><br>        *Plaintiff,*<br><br>  -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>        *Defendants.* | Case No. 1:25-cv-08630 (PKC) |
| PENSKE MEDIA CORPORATION and SHEMEDIA, LLC,<br><br>        *Plaintiffs,*<br><br>  -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>        *Defendants.* | Case No. 1:26-cv-00225 (PKC) |

| | |
|---|---|
| THE ATLANTIC MONTHLY GROUP LLC,<br><br>*Plaintiff*,<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants*. | Case No. 1:26-cv-00272 (PKC) |
| VOX MEDIA, LLC,<br><br>*Plaintiff*,<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants*. | Case No. 1:26-cv-00325 (PKC) |
| McCLATCHY MEDIA COMPANY, LLC, McCLATCHY SHARED SERVICES, LLC, and A360 MEDIA, LLC,<br><br>*Plaintiffs*,<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants*. | Case No. 1:26-cv-00339 (PKC) |
| ADVANCE PUBLICATIONS, INC., ADVANCE MAGAZINE PUBLISHERS INC., ADVANCE LOCAL MEDIA LLC, PLAIN DEALER PUBLISHING CO., and THE REPUBLICAN COMPANY,<br><br>*Plaintiffs*,<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants*. | Case No. 1:26-cv-00343 (PKC) |

| | |
|---|---|
| ZIFF DAVIS, INC.,<br><br>                      *Plaintiff*,<br><br>      -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br><br>                    *Defendants*. | Case No. 1:26-cv-01055 (PKC) |
| LOS ANGELES TIMES<br>COMMUNICATIONS LLC and<br>NANTMEDIA HOLDINGS, LLC,<br>                    *Plaintiffs*,<br><br>      -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>                    *Defendants*. | Case No. 1:26-cv-01593 (PKC) |

The motion of Christie M. Lawrence for admission to practice Pro Hac Vice in the above-entitled litigation is granted.

Christie M. Lawrence has declared that she is a member in good standing of the bar of the District of Columbia; and that her contact information is as follows:

> Christie M. Lawrence
> Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
> 1615 M Street, N.W., Suite 400
> Washington, DC 20036
> Tel.: (202) 367-7858 / Fax: (202) 326-7999
> clawrence@kellogghansen.com

Christie M. Lawrence having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs Associated Newspapers, Ltd., Mail Media, Inc., Gannett Co., Inc., Dotdash Meredith Inc. a/k/a People Inc., Meredith Operations Corporation, Insider, Inc., The Slate Group LLC, CMI Marketing, Inc., Penske Media Corporation, SheMedia, LLC, The Atlantic Monthly Group LLC, Vox Media, LLC, McClatchy Media Company, LLC, McClatchy Shared

2

Services, LLC, A360 Media, LLC, Advance Publications, Inc., Advance Magazine Publishers Inc., Advance Local Media LLC, Plain Dealer Publishing Co., The Republican Company, Ziff Davis, Inc., Los Angeles Times Communications LLC, and NantMedia Holdings, LLC, in the above-entitled litigation;

**IT IS HEREBY ORDERED** that Christie M. Lawrence is admitted to practice Pro Hac Vice in the above-entitled litigation in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  _____          _____
                                              DISTRICT JUDGE / MAGISTRATE JUDGE

2