**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC) |

**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION OF MATTHEW N. DRECUN PRO HAC VICE**

*This Document Relates To:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC. *Plaintiffs,* -against- GOOGLE LLC and ALPHABET INC., *Defendants.* | Case No. 1:21-cv-03446 (PKC) |
| GANNETT CO., INC. *Plaintiff,* -against- GOOGLE LLC and ALPHABET INC., *Defendants.* | Case No. 1:23-cv-05177 (PKC) |
| DOTDASH MEREDITH INC. A/K/A PEOPLE INC. and MEREDITH OPERATIONS CORPORATION, *Plaintiffs,* -against- GOOGLE LLC and ALPHABET INC., *Defendants.* | Case No. 1:25-cv-07194 (PKC) |

| | |
|---|---|
| INSIDER, INC.,<br><br>       *Plaintiff,*<br><br>  -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>       *Defendants.* | Case No. 1:25-cv-07409 (PKC) |
| THE SLATE GROUP LLC,<br><br>       *Plaintiff,*<br><br>  -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>       *Defendants.* | Case No. 1:25-cv-07697 (PKC) |
| CMI MARKETING, INC.,<br><br>       *Plaintiff,*<br><br>  -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>       *Defendants.* | Case No. 1:25-cv-08630 (PKC) |
| PENSKE MEDIA CORPORATION and SHEMEDIA, LLC,<br><br>       *Plaintiffs,*<br><br>  -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>       *Defendants.* | Case No. 1:26-cv-00225 (PKC) |

| | |
|---|---|
| THE ATLANTIC MONTHLY GROUP LLC,<br><br>*Plaintiff*,<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants*. | Case No. 1:26-cv-00272 (PKC) |
| VOX MEDIA, LLC,<br><br>*Plaintiff*,<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants*. | Case No. 1:26-cv-00325 (PKC) |
| McCLATCHY MEDIA COMPANY, LLC,<br>McCLATCHY SHARED SERVICES, LLC,<br>and A360 MEDIA, LLC,<br><br>*Plaintiffs*,<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants*. | Case No. 1:26-cv-00339 (PKC) |
| ADVANCE PUBLICATIONS, INC.,<br>ADVANCE MAGAZINE PUBLISHERS<br>INC., ADVANCE LOCAL MEDIA LLC,<br>PLAIN DEALER PUBLISHING CO., and<br>THE REPUBLICAN COMPANY,<br><br>*Plaintiffs*,<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants*. | Case No. 1:26-cv-00343 (PKC) |

| |
|---|
| ZIFF DAVIS, INC., <br><br> *Plaintiff,* <br><br> -against- <br><br> GOOGLE LLC and ALPHABET INC., <br><br> *Defendants.* |
| LOS ANGELES TIMES COMMUNICATIONS LLC and NANTMEDIA HOLDINGS, LLC, <br> *Plaintiffs,* <br><br> -against- <br><br> GOOGLE LLC and ALPHABET INC., <br><br> *Defendants.* |

Case No. 1:26-cv-01055 (PKC)

Case No. 1:26-cv-01593 (PKC)

I, Matthew N. Drecun, make this declaration in support of the motion for my admission to appear and practice in this Court in the above-entitled litigation as counsel Pro Hac Vice for Plaintiffs Associated Newspapers, Ltd., Mail Media, Inc., Gannett Co., Inc., Dotdash Meredith Inc. a/k/a People Inc., Meredith Operations Corporation, Insider, Inc., The Slate Group LLC, CMI Marketing, Inc., Penske Media Corporation, SheMedia, LLC, The Atlantic Monthly Group LLC, Vox Media, LLC, McClatchy Media Company, LLC, McClatchy Shared Services, LLC, A360 Media, LLC, Advance Publications, Inc., Advance Magazine Publishers Inc., Advance Local Media LLC, Plain Dealer Publishing Co., The Republican Company, Ziff Davis, Inc., Los Angeles Times Communications LLC, and NantMedia Holdings, LLC.

I, Matthew N. Drecun, being duly sworn, do hereby depose and say as follows:

1.    I have never been convicted of a felony.

2.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3.      There are no disciplinary proceedings presently against me.

4.      Accompanying this declaration is a certificate from the Bar of the District of Columbia and the State Bar of Texas, issued within the past thirty days, stating that I am a member in good standing of both bars.

I certify and attest, under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing statements made by me are true and correct.  I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Executed on:  May 11, 2026

/s/ *Matthew N. Drecun*
Matthew N. Drecun

2