**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>*This document relates to:*<br>All Actions | Case No. 1:21-md-3010 (PKC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO FURTHER MODIFY THE MODIFIED CONFIDENTIALITY ORDER (DKT. 685)** |

Plaintiffs in member cases of the above-captioned multi-district litigation (collectively "Plaintiffs") and Defendants Google LLC and Alphabet Inc. (together, "Google," and together with Competitor Plaintiffs, Publisher Class Plaintiffs, Plaintiff Inform, Inc., and Opt-Out Publisher Plaintiffs, the "Parties"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on January 18, 2024, the Court issued the Modified Confidentiality Order in the above-captioned multi-district litigation, Dkt. No. 685, which is deemed effective as of May 11, 2022;

WHEREAS, new Plaintiffs have filed new lawsuits since the entry of the Modified Confidentiality Order;

WHEREAS, new Plaintiffs include certain publishers represented by Kellogg, Hansen, Todd, Figel & Frederick, PLLC, which also represents plaintiffs Daily Mail and Gannett (n/k/a USA Today, Inc.), all of which have opted out of the Publisher Class (collectively referred to as Opt-Out Publisher Plaintiffs) and who have filed the following actions: *Associated Newspapers, Ltd. v. Google LLC*, No. 1:21-cv-03446; *Gannett Co., Inc. v. Google LLC*, No. 1:23-cv-05177; *Dotdash Meredith Inc. a/k/a People Inc. v. Google LLC*, No. 1:25-cv-07194; *Insider, Inc. v. Google LLC*, No. 1:25-cv-07409; *The Slate Group LLC v. Google LLC*, No. 1:25-cv-07697; *CMI Marketing, Inc. v. Google LLC*, No. 1:25-cv-08630; *Penske Media Corporation v. Google LLC*,

1

No. 1:26-cv-00225; *The Atlantic Monthly Group LLC v. Google LLC*, No. 1:26-cv-00272; *Advance Publications, Inc. v. Google LLC*, No. 1:26-cv-00343; *McClatchy Media Company, LLC v. Google LLC*, No. 1:26-cv-00339; *Vox Media, LLC v. Google LLC*, No. 1:26-cv-00325; *Ziff Davis, Inc. v. Google LLC*, No. 1:26-cv-01055; *Los Angeles Times Communications LLC v. Google LLC*, No. 1:26-cv-01593; and *WP Company LLC v. Google LLC*, No. 1:26-cv-04058;

WHEREAS, new Plaintiffs include certain competitors to Google (collectively referred to as Competitor Plaintiffs) and who have filed the following actions: *OpenX Technologies, Inc. et al. v. Google LLC et al.*, No. 1:25-cv-10817 (PKC); *Magnite, Inc. v. Google LLC et al.*, No. 1:25-cv-10818 (PKC); *PubMatic, Inc. v. Google LLC et al.*, No. 1:25-cv-10819 (PKC); *Equativ SAS et al. v. Google LLC et al.*, No. 1:26-cv-00140 (PKC); *Index Exchange Inc. v. Google LLC*, No. 1:25-cv-10477 (PKC); *Kargo Global LLC v. Google LLC*, No. 1:25-cv-10630 (PKC); *Sovrn Holdings, Inc. v. Google LLC et al.*, No. 1:26-cv-01587 (PKC); *TRUSTX Digital Advertising Services, Inc., P.B.C. v. Google LLC et al.* , No: 1:26-cv-03135 (PKC);

WHEREAS, the Modified Confidentiality Order applies to the new Plaintiffs and new lawsuits by virtue of Paragraph 1(a), which defines the "Actions" covered by that Order to include, in relevant part, "collectively the actions centralized by the Judicial Panel on Multidistrict Litigation under the caption *In re Google Digital Advertising Antitrust Litig.*, No. 21-MD-3010 (PKC) (S.D.N.Y.), as well as any additional actions subsequently transferred and/or centralized with these Actions, including any related discovery, pretrial, trial, post-trial, or appellate proceedings";

WHEREAS, the Parties agree the Modified Confidentiality Order ought to be modified in certain ways to accommodate the addition of new Plaintiffs and new actions in this multi-district litigation;

NOW THEREFORE, the Parties stipulate to modify the Modified Confidentiality Order, as follows, with additions noted in blue and deletions noted in strike-through:

1. Paragraph 12(c) of the Modified Confidentiality Order is hereby modified as follows: "If the Producing Party becomes aware that it has produced information protected by the attorney-client privilege or any other privilege or immunity, the Producing Party will promptly notify each Receiving Party in writing of the production and the basis of the privilege being asserted. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies or summaries it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim in camera. However, if the Party has already reviewed the information prior to being notified, four total attorneys for Plaintiffs (the "Plaintiffs' Privilege Committee") or two attorneys for Defendants (the "Defendants' Privilege Committee" and, together with the Plaintiffs' Privilege Committee, the "Privilege Committees") may review the document for the sole purpose of determining whether to challenge the privilege claim, but they may not quote or attach the information, or disclose the substance of the information, when making the challenge or otherwise use or discuss the information contained therein except in a submission made to the Court in Chambers with a proposed order sealing the submission. Any such challenge must be made promptly. The Producing Party must preserve the information until the claim is resolved."[1]

---

[1] Paragraph 12(c), Footnotes 6 and 7 are not reproduced in this Stipulation and [Proposed] Order. For the avoidance of doubt, they are unmodified and remain in effect.

2.  Paragraph 12(c), Footnote 8 of the Modified Confidentiality Order is hereby modified as follows: "The four -member Plaintiffs' Privilege Committee shall be composed of one lawyer designated by plaintiffs in the publisher class action, one lawyer designated by plaintiffs in the Competitor Plaintiffs' actions, one lawyer designated by Plaintiff Inform, Inc. and one lawyer designated by Opt-Out Publisher Plaintiffs. Within 30 days after the entry of this Order, the Parties shall notify each other of the members of the Privilege Committees. The Parties must also provide notice of any changes to the Privilege Committees along with the reason for such change."

3.  Paragraph 14(d) of the Modified Confidentiality Order is hereby modified as follows: "Designated In-House Counsel of a Party, if such counsel was properly designated pursuant to the procedures set forth in Paragraph 20 of the Confidentiality Order, Dkt. 297, entered May 1, 2022."

4.  All Parties agree to provide, within 30 days of entry of this stipulation, the identities of the lawyers serving on the Plaintiffs' Privilege Committee and Defendants' Privilege Committee as constituted in the Modified Confidentiality Order and as further modified herein.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 6/17/2026

_____

Hon. P. Kevin Castel
United States District Court
Southern District of New York

4

Dated:  June 16, 2026

Respectfully submitted,

/s/ Yonatan Even
Yonatan Even
Lauren M. Rosenberg
Jonathan Mooney
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
yeven@cravath.com
lrosenberg@cravath.com
jmooney@cravath.com

Benjamin H. Diessel
Nathan E. Denning
Colleen M. Kozikowski
**WIGGIN AND DANA LLP**
437 Madison Avenue, 35th Floor
New York, NY 10022
Telephone:  (212) 551-2600
Facsimile:  (212) 551-2888
bdiessel@wiggin.com
ndenning@wiggin.com
ckozikowski@wiggin.com

*Counsel for Plaintiffs OpenX Technologies,
Inc., and OpenX Ltd.*

/s/ Jeannie S. Rhee
Jeannie S. Rhee (*PHV*)
Karen L. Dunn (*PHV*)
William A. Isaacson (*PHV*)
Martha L. Goodman (MG5624)
Jessica E. Phillips (*PHV*)
Amy J. Mauser (*PHV*)
**DUNN ISAACSON RHEE LLP**
401 Ninth Street, NW
Washington, DC 20004
Telephone: (202) 240-2900
jrhee@dirllp.com
kdunn@dirllp.com
wisaacson@dirllp.com
mgoodman@dirllp.com
jphillips@dirllp.com
amauser@dirllp.com

Erin J. Morgan (EM1694)
**DUNN ISAACSON RHEE LLP**
11 Park Place
New York, NY 10007
Telephone: (202) 240-2900
emorgan@dirllp.com

Bradley D. Justus
Allison M. Vissichelli
**AXINN, VELTROP & HARKRIDER LLP**
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 469-3532
bjustus@axinn.com
avissichelli@axinn.com

Justina K. Sessions
**FRESHFIELDS US LLP**
855 Main Street
Redwood City, CA 94063
Tel: (650) 618-9250
Justina.sessions@freshfields.com

Eric Mahr
Andrew J. Ewalt
**FRESHFIELDS US LLP**
700 13th Street, NW, 10th Floor
Washington, DC 20005
Tel: (202) 777-4545
Ericmahr@freshfields.com
Andrew.ewalt@freshfields.com

Craig M. Reiser
**AXINN, VELTROP & HARKRIDER LLP**
630 Fifth Avenue, 33rd Floor
New York, NY 10111
Tel: (212) 728-2200
creiser@axinn.com

*Counsel for Defendants Google LLC and
Alphabet Inc.*

/s/ Brandon Kressin
Brandon Kressin
**KRESSIN POWERS LLC**
400 7th St. NW, Unit 300
Washington, DC 20004
Telephone: (202) 464-2905
brandon@kressinpowers.com

*Counsel for Plaintiff Magnite, Inc.*

/s/ John C. Hueston
John C. Hueston
Joseph Aronsohn
**HUESTON HENNIGAN LLP**
1 Little West 12th Street
New York, NY 10014
Telephone: (646) 930-4046
jhueston@hueston.com
jaronsohn@hueston.com

Doug J. Dixon
Christina V. Rayburn
Joseph A. Reiter
Justin M. Greer
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 356-6412
ddixon@hueston.com
crayburn@hueston.com
jreiter@hueston.com
jgreer@hueston.com

*Counsel for Plaintiff PubMatic, Inc.*

| | |
|---|---|
| */s/ Nicolas Stebinger* | */s/ Ian B. Crosby* |
| Nicolas Stebinger | Ian B. Crosby, (WA 28461) |
| Victoria Sims (*Pro Hac Vice*) | Edgar Sargent, (WA 28283) |
| **SIMONSEN SUSSMAN LLP** | Steve M. Seigel, (WA 53960) |
| 1629 K Street NW, Suite 300 | **SUSMAN GODFREY L.L.P.** |
| Washington, DC 20006 | 401 Union Street, Suite 3000 |
| Telephone:  (202) 384-3130 | Seattle, WA 98101 |
| nicolas@simonsensussman.com | Telephone: (206) 516-3880 |
| victoria.sims@simonsensussman.com | Facsimile: (206) 516-3883 |
| | icrosby@susmangodfrey.com |
| Shaoul Sussman | esargent@susmangodfrey.com |
| Nico Gurian | sseigel@susmangodfrey.com |
| Paul Goodrich (*Pro Hac Vice*) | |
| **SIMONSEN SUSSMAN LLP** | Davida Brook, (CA 275370) |
| 307 West 38th Street, 16th Floor | **SUSMAN GODFREY L.L.P.** |
| New York, NY 10018 | 1900 Avenue of the Stars, Suite 1400 |
| Telephone:  (718) 510-5495 | Los Angeles, CA 90067 |
| shaoul@simonsensussman.com | Telephone: (310) 789-3100 |
| nico.gurian@simonsensussman.com | Facsimile: (310) 789-3150 |
| paul.goodrich@simonsensussman.com | dbrook@susmangodfrey.com |
| | |
| Catherine Simonsen (*Pro Hac Vice*) | Emily Portuguese, (NY 5920327) |
| Thomas Mattes (*Pro Hac Vice*) | Tom Boardman, (NY 4838074) |
| **SIMONSEN SUSSMAN LLP** | **SUSMAN GODFREY L.L.P.** |
| 418 Bamboo Lane, Suite C-18 | One Manhattan West |
| Los Angeles, CA 90012 | New York, NY 10001 |
| Telephone:  (917) 747-5196 | Telephone: (212) 336-8330 |
| catherine@simonsensussman.com | Facsimile: (212) 336-8340 |
| thomas.mattes@simonsensussman.com | eportuguese@susmangodfrey.com |
| | tboardman@susmangodfrey.com |
| *Counsel for Plaintiffs Equativ SAS, Equativ Inc., Sharethrough Inc., and Sharethrough USA, Inc.* | *Counsel for Plaintiffs Index Exchange Inc. and Kargo Global LLC* |

8

*/s/ Paul A. Williams*
Paul A. Williams (Admitted SDNY)
Eric J. Hobbs (*Pro Hac Vice*)
**SHOOK, HARDY AND BACON L.L.P.**
1660 17th Street, Suite 450
Denver, CO 80202
Telephone: (303) 285-5300
Facsimile: (303) 285-5301
pwilliams@shb.com
ehobbs@shb.com

Riley C. Mendoza (Admitted SDNY)
**SHOOK, HARDY AND BACON L.L.P.**
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
rmendoza@shb.com

Ryan M. Sandrock (*Pro Hac Vice*)
**SHOOK, HARDY AND BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1900
Facsimile: (415) 391-0281
rsandrock@shb.com

Erin M. Fishman (*Pro Hac Vice*)
**SHOOK, HARDY AND BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
efishman@shb.com

David M. Liu (*Pro Hac Vice*)
**SHOOK, HARDY AND BACON L.L.P.**
1800 K Street NW, Suite 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211
dliu@shb.com

*Counsel for Plaintiff Sovrn Holdings, Inc.*

*/s/ Adam M. Acosta*
Adam M. Acosta
**PIERSON FERDINAND LLP**
601 Pennsylvania Ave NW, Suite 900
Washington, DC 20004
(771) 244-2815
adam.acosta@pierferd.com

Matthew C. DeFrancesco (JD1427)
**PIERSON FERDINAND LLP**
1270 Avenue of the Americas
7th Floor—1050
New York, NY 10020
(475) 284-2005
matthew.defrancesco@pierferd.com

*Counsel for TrustX Digital Advertising Services, Inc., P.B.C.*

/s/ Serina M. Vash
Serina M. Vash (NYS Bar No. 2773448)
**HERMAN JONES LLP**
153 Central Avenue #131
Westfield, New Jersey 07090
Tel: (404) 504-6516
Fax: (404) 504-6501
svash@hermanjones.com

John C. Herman* (Ga. Bar No. 348370)
Candace N. Smith** (Ga. Bar No. 654910)
Carlton R. Jones** (Ga. Bar No. 940540)
**HERMAN JONES LLP**
3424 Peachtree Road, N.E.
Suite 1650
Atlanta, Georgia 30326
Telephone: (404) 504-6500
Facsimile: (404) 504-6501
jherman@hermanjones.com
csmith@hermanjones.com
cjones@hermanjones.com
(*admitted *pro hac vice* in SDNY)
(**pro hac vice* to be filed in SDNY)

*Counsel for Plaintiff Inform Inc.*

/s/ John Thorne
John Thorne
Evan T. Leo
Joseph S. Hall
Daniel G. Bird
Bradley E. Oppenheimer
Bethan R. Jones
Daniel S. Severson
Christopher C. Goodnow
Eliana M. Pfeffer
Eric J. Maier
Mark P. Hirschboeck
Sven E. Henningson
Jonathan I. Liebman
Rund M. Khayyat
Matthew N. Drecun
Jahvonta A. Mason
Reno G. Varghese
Sean P. Quirk
Eric X. Xu
Zachary J. Tauscher
Seth D. Crockett
Christie M. Lawrence
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, DC 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999
Email: jthorne@kellogghansen.com
eleo@kellogghansen.com
jhall@kellogghansen.com
dbird@kellogghansen.com
boppenheimer@kellogghansen.com
bjones@kellogghansen.com
dseverson@kellogghansen.com
cgoodnow@kellogghansen.com
epfeffer@kellogghansen.com
emaier@kellogghansen.com
mhirschboeck@kellogghansen.com
shenningson@kellogghansen.com
jliebman@kellogghansen.com
rkhayyat@kellogghansen.com
mdrecun@kellogghansen.com
jmason@kellogghansen.com

rvarghese@kellogghansen.com
squirk@kellogghansen.com
exu@kellogghansen.com
ztauscher@kellogghansen.com
scrockett@kellogghansen.com
clawrence@kellogghansen.com

*Counsel for Plaintiffs Associated Newspapers, Ltd., Mail Media, Inc., Gannett Co., Inc. (n/k/a USA Today, Inc.), Dotdash Meredith Inc. a/k/a People Inc., Meredith Operations Corporation, Insider, Inc., The Slate Group LLC, CMI Marketing, Inc., Penske Media Corporation, SheMedia, LLC, The Atlantic Monthly Group LLC, Advance Publications, Inc., Advance Magazine Publishers Inc., Advance Local Media LLC, Plain Dealer Publishing Co., The Republican Company, McClatchy Media Company, LLC, McClatchy Shared Services, LLC, A360 Media, LLC, Vox Media, LLC, Ziff Davis, Inc., Los Angeles Times Communications LLC, NantMedia Holdings, LLC, and WP Company LLC*