UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | 21-md-3010 (PKC)

ORDER

---------------------------------------------------------x

ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.,

Plaintiffs, | 21-cv-3446 (PKC)

-against-

GOOGLE LLC and ALPHABET INC.,

Defendants.

---------------------------------------------------------x

GANNETT CO., INC.,

Plaintiff, | 23-cv-5177 (PKC)

-against-

GOOGLE LLC and ALPHABET INC.,

Defendants.

---------------------------------------------------------x

CASTEL, Senior District Judge:

The time has come for the parties to focus on streamlining the actions brought by Daily Mail and Gannett against Google to ensure juror comprehension and a manageable trial. Experience teaches that jurors with active, busy lives are willing to serve on a trial provided it is of a reasonable length.

The Court intends to utilize a special verdict, Rule 49(a), Fed. R. Civ. P., and will require the parties to submit their proposals. Unworkable proposals that, intentionally or unintentionally, would confuse or stymie a lay jury will be rejected.

The Court now sets the following schedule that applies to the final pretrial submissions by the parties to the above-caption actions:

1. Plaintiffs' proposed voir dire, proposed special verdict form, proposed jury instructions and their motions in limine shall be filed by November 6, 2026, with a copy of the voir dire, verdict sheet and jury instructions delivered to Chambers via email in MS Word format. Also by November 6, 2026, plaintiffs shall deliver to defendant in MS Word format their portion of the proposed Joint Pre-Trial Order. (See Individual Practices at 6(A).)
2. Defendant's proposed voir dire, proposed verdict sheet, proposed jury instructions, its motions in limine and its responses to plaintiffs' motions in limine shall be filed by December 8, 2026, with a copy of the voir dire, verdict sheet and jury instructions delivered to Chambers via email in MS Word format. Also, by October 22, 2026, defendant shall deliver in MS Word format to plaintiffs its portion of the proposed Joint Pre-Trial Order merged with plaintiffs' portion.
3. By December 22, 2026, plaintiffs shall file their response to defendant's motions in limine. Also, by December 22, 2026, plaintiffs shall cause the filing of the proposed Joint Pre-Trial Order.
4. The Final Pre-Trial Conference will be held on January 20, 2027, at 11 a.m. in Courtroom 11D.

The Court sets the above-captioned actions for trial before a jury on April 5, 2027 at 10 a.m. in Courtroom 11D.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
October 2, 2026