UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION

21-md-3010 (PKC)

ORDER

---------------------------------------------------------x

ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.,

Plaintiffs,

21-cv-3446 (PKC)

-against-

GOOGLE LLC and ALPHABET INC.,

Defendants.

---------------------------------------------------------x

GANNETT CO., INC.,

Plaintiff,

23-cv-5177 (PKC)

-against-

GOOGLE LLC and ALPHABET INC.,

Defendants.

---------------------------------------------------------x

CASTEL, Senior District Judge:

1. The October 14, 2026 letter of Bradley Justus submitted on behalf of Google seeks leave to file a motion to stay the above actions "in light of Google's impending appeal of the opinions in the" Eastern District of Virginia Action or, alternatively, a stay of the trial until "no sooner than the second half of 2027." Google may file a motion by October 19, 2026, plaintiffs may respond by October 26, 2026 and Google may reply by October 30, 2026.

2. The date in the last sentence of paragraph 2 of the Order of October 2, 2026 is modified to December 8, 2026.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
October 14, 2026