# Exhibit 28

Contract ID: 410071

**AFFILIATE ADOPTING AGREEMENT**

This AFFILIATE ADOPTING AGREEMENT (this "Agreement"), dated as of 1 March 2017 (the "Adopting Effective Date"), is between

(a) Mail Media Inc. ("Adopting Affiliate"); and

(b) DoubleClick, a division of Google Inc. ("DC US").

WHEREAS, DoubleClick, a division of Google Ireland Limited ("DC Ireland") and Associated Newspapers Limited ("ANL UK"), have entered into a DoubleClick Advertising Platform Agreement (including any and all Order Forms, schedules or addendums thereto), as amended and restated dated 1 August 2015 that govern DC Ireland's provision of, and ANL UK's utilization of, the DoubleClick Services (such agreements, the "ANL UK Agreement"); and

WHEREAS, DC US and Adopting Affiliate wish to enter into an agreement pursuant to which DC US will provide services to Adopting Affiliate on substantially the same terms and conditions (except as revised pursuant to this Agreement) as the terms and conditions of the ANL UK Agreement; and

WHEREAS, DC Ireland and ANL UK have acknowledged and agreed in the ANL UK Agreement to the arrangement contemplated hereby.

NOW, THEREFORE, in consideration of the foregoing premises and mutual covenants contained herein, DC US and Adopting Affiliate hereby agree as follows:

**1. Affiliate Agreement**

(a) Adopting Affiliate hereby represents and warrants that it (and each AAA Exhibit Affiliate) is, and agrees that at all times during the term of this Agreement it (and each AAA Exhibit Affiliate) shall be, an Affiliate (as defined in the ANL UK Agreement) of ANL UK, it being understood and agreed that (i) at such time (if any) as AAA Exhibit Affiliate ceases to be an Affiliate of ANL UK, then such AAA Exhibit AAA shall no longer be entitled to receive any (and shall immediately cease all implementation and use of all) Services under this Agreement, and (ii) at such time (if any) as Adopting Affiliate ceases to be an Affiliate of ANL UK, then this Agreement shall terminate.

(b) Subject to the terms and conditions herein, DC US and Adopting Affiliate hereby enter into this Agreement, under which all the terms and conditions of the ANL UK Agreement are incorporated herein by reference, mutatis mutandis, and apply separately to Adopting Affiliate, renamed as set forth below, in each case as revised pursuant hereto.

(c) In the event of any inconsistency or conflict between the provisions of this Agreement and the provisions in the Adopting Affiliate DoubleClick Contracts (as defined in Section 2(a) hereof), the provisions herein shall prevail.

(d) Adopting Affiliate hereby acknowledges that it has received a copy of the ANL UK Agreement from ANL UK.

**2. Amendments**

(a) The provisions of the ANL UK Agreement, each as applied only to the provision of services by DC US to Adopting Affiliate pursuant to the arrangement contemplated hereby, are hereby revised as follows (as so revised, such ANL UK Agreement shall be referred to as the "Adopting Affiliate Agreement"):

(i) The term "Company" shall refer to Adopting Affiliate;

(ii) The term "DoubleClick" shall refer to DC US;

(iii) Any Affiliate of Customer listed in Exhibit I to this Agreement (i.e., that is not itself party to another effective Affiliate Adopting Agreement adopting all of the terms and conditions of the ANL UK Agreement) shall be deemed to be an "AAA Exhibit Affiliate";

(iv) The "Effective Date" of the Adopting Affiliate Agreement shall be the Adopting Effective Date; and

(iii) The contact and address information for Adopting Affiliate shall be as set forth on the signature page hereto.

(b) Each amendment, supplement or other modification to, or renewal of, the ANL UK Agreement (each, an "ANL UK Modification") after the date hereof shall be deemed to be incorporated into, and to amend, supplement, modify or renew, the corresponding Adopting Affiliate Agreement unless DC US and Adopting Affiliate agree in writing not to incorporate such ANL UK Modification into, and not to amend, supplement, modify or renew, such Adopting Affiliate Agreement.

**3. General**

(a) DC US and Adopting Affiliate hereby ratify and agree to the terms and conditions of the Adopting Affiliate Agreement (i.e., the terms and conditions of the ANL UK Agreement, as incorporated herein, mutatis mutandis, and amended hereby).

(b) This Agreement (including the terms and conditions of the Adopting Affiliate Agreement) constitutes the entire agreement between DC US and Adopting Affiliate with respect to the subject matter hereof and supersedes all prior understandings, representations and agreements, whether written or oral, between DC US and Adopting Affiliate with respect to such subject matter.

(c) This Agreement may be executed in one or more counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same agreement. Signed facsimile copies of this Agreement will legally bind the parties to the same extent as original documents.

IN WITNESS WHEREOF, each of the parties hereto has caused this Affiliate Adopting Agreement to be executed by its duly authorized officer as of the Adopting Effective Date.

**Adopting Affiliate: Mail Media Inc.**

**By:** Richard A Caccappolo

**Name:** RICHARD A CACCAPPOLO
**Title:** COO
**Date:** February 24, 2017

**Adopting Affiliate Contact Information:**
**Address: 51 Astor Place, 9th Floor**
**New York, NY, 10003**
**Name: Rich Caccappolo**
**Fax:**
**E-mail: rich.caccappolo@mailonline.com**

**DOUBLECLICK, a division of Google Inc.**

**By:** Philipp Schindler
Philipp Schindler
Authorized Signatory
2017.02.24 11:59:27 -08'00'

**Name**
**Title:**

**Date:**

**EXHIBIT I**
**AAA Exhibit Affiliates**

Dated as of the Adopting Effective Date

This Exhibit I supersedes any Exhibit I to the Affiliate Adopting Agreement dated prior to the date set forth above.

A. Affiliates organised in North America or in another region outside of Europe, the Middle East, Africa, Asia and Oceania (other than Argentina or Brazil):

Elite Daily Inc.
53 West 23rd Street, 12th Floor
New York, NY, 10010

B. Affiliates organised in Europe, the Middle East or Africa:

[NONE]

C. Affiliates organised in Asia (other than China) or Oceania:

[NONE]

AGREED AND ACCEPTED WITH RESPECT TO THE AFFILIATES SET FORTH UNDER ITEM A ABOVE:

**DOUBLECLICK, a division of Google Inc.**

By:______________________________
Name:
Title:

AGREED AND ACCEPTED WITH RESPECT TO THE AFFILIATES SET FORTH UNDER ITEM B ABOVE:

**DOUBLECLICK, a division of Google Ireland Limited**

By:______________________________
Name:
Title:

AGREED AND ACCEPTED WITH RESPECT TO THE AFFILIATES SET FORTH UNDER ITEM C ABOVE:

**DOUBLECLICK, a division of Google Asia Pacific Pte. Ltd.**

By:______________________________
Name:
Title: