# Exhibit 38

Google

# GDN Remarketing Inventory: Sell side inventory efforts

| | What is it | Impact | Status (as of July 2014) |
|---|---|---|---|
| **Cross Exchange Buying (AWbid)** | Adwords Cross Exchange Buying is a pilot program that helps customers reach a greater share of users on their remarketing lists and drive incremental conversions by extending their remarketing campaigns beyond the Google Display Network across multiple ad exchanges. | In terms of early results- for the top 10 AwBid advertisers, limited test show that on average AwBid brought ~2-4% incremental conversions for at a lower cost CPM, but comparable CPA. | Actively talking to all major ad exchanges about their participation in this program. We currently have 5 exchanges onboard - Casale, Pulsepoint OpenX , Pubmatic and Yieldlab. We will be ramping up traffic based on how our integration efforts go. |
| **First Look Private Auction for Remarketing** | Allows AdX remarketing demand to serve ahead of Open Auction buyers even if the Open Auction buyers offer a higher bid | | ~200 pubs with AdWords buying in a Private Auction |
| **Enhanced Dynamic Allocation** | Allows all AdX demand to compete against directly sold premium publisher inventory when directly campaigns are not behind schedule. | ~ 6% boost in Adx queries and 3.5% incremental revenue (April '14) | ~2,500 Small Business Pubs and 500 Premium pubs<br>- EDA continues to be improved upon by the eng team. |

Internal Only

Google Confidential and Proprietary