# Exhibit 48

To: NSE
CC: AdX and GDN people
Subject: Approval to remove restriction on GDN maintaining constant 15% publisher margin
Email:

privileged and confidential

**Change to margin structure**
Today: GDN margin of 15% per AdX publisher, and 20% AdX margin per impression

Proposed change: GDN would maintain a network average of 15% margin, but allow for higher or lower margins per publisher (with some constraints).

**Rationale for change**
The current Bernanke increases the AdX win rate from 37% to 44% (match rate = 50%) and increases revenue by $290m. By removing the fixed publisher margin constraint we can increase the conversion volume for advertisers and ***increase GDN revenue by up to $200m*** resulting in an AdX win rate going up to ~51% (match rate = 55%).

The biggest second order effect that would come from this is that we will create what could be perceived as "winning" publishers where GDN would take a margin of less than 15%, and "losing" publishers where GDN would take a margin of greater than 15% . Our algorithms in the first iteration* would make it so that ***"winners" and "losers" are based on their contribution to GDN conversions***, and the first iteration would drive an additional $45m revenue and 5% gain to conversion volume. Using this method the "losers" are generally publishers with lower quality inventory and who provide a relatively worse experience for GDN advertisers. We (GDN and AdX PM) do not see these publishers as strategically important (impact list).

We believe the risk of publishers leaving the network is small, and even if they they do the damage is limited and offset by other gains:

1. We are ensuring that the revenue drop is no more than 10% for any publisher.
2. The idea of adjusting prices based on the quality of the inventory is something we are very used to within Quality (e.g. SmartPricing and pCVR), and as other buyers may already be taking similar measures to protect their advertiser value, it is unlikely that this lower-quality inventory will monetize much better elsewhere.
3. If we lose them, the loss is manageable as the inventory they contribute is of significantly lower value, and should the value of their inventory improve in the future our pricing will revert back automatically.
4. To the extent we do lose them, the impact is offset by us reducing churn among the highest value publishers and gaining new inventory from the overall payout increase. The gaining of new inventory will happen naturally through various yield optimizations or natural A/B testing.

**Ask**
We're seeking your approval to allow for GDN to deviate from the 15% average for individual publishers (margin changes have previously required your approval). We've been talking across the teams (GDN + AdX) and we feel that overall this is a very good change for the network - particularly for our advertisers. We do not make any external statements around the GDN margin (on AdX) so a change would not involve any comms to publishers / buyers / advertisers.

Thanks!

* In future iterations we will refine our models to bid broadly towards the strategic value of the inventory for GDN (including First-Call/Passback signals)