# Exhibit 54

HIGHLY CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

---------------------------------*

UNITED STATES OF AMERICA, et al.,

Plaintiffs, Case No.:

vs. 1:23-CV-00108

GOOGLE LLC,

Defendant.

---------------------------------*

STENOGRAPHIC AND VIDEO-RECORDED

30(b)(6) DEPOSITION OF

DAVID A. MINKIN

Friday, September 22, 2023

9:08 a.m.

Stenographically recorded by:

Josephine H. Fassett, RPR, CCR

Job No. CS6080194

to Google Ad Manager.
Q. How would you characterize the position of Google's GAM publisher ad server as compared to any other publisher ad servers in the market?
MS. SESSIONS: Object to the form.
A. Sorry, could you repeat that question one more time.
Q. How would you characterize the position of Google's GAM publisher ad server as compared to any other publisher ad servers in the market?
MS. SESSIONS: Same objection.
A. When you say position, can you define that, please.
Q. I think in your previous testimony today you referred to Google as having a dominant position. Do you recall that?
A. Yes.
Q. How would you describe Google's publisher ad server's position as compared to any other publisher ad server?
A. They are the dominant ad server.
Q. What's your basis for saying that Google has the dominant publisher ad server?
A. Again, just, one, common knowledge

throughout the industry. And two, based on, you know, our evaluations previously there is no real viable alternative.

Q. You mentioned the consideration of switching to AppNexus, correct?

A. Yes.

Q. We spoke about that or you talked about that at length in response to Google's counsel's questioning, right?

A. Yes.

Q. What were the reasons that Google decided not to switch to app -- let me strike that.

What were the reasons that News Corp decided not to switch to AppNexus and instead remain with GAM?

A. It was primarily because of the unique programmatic demand that is only accessible via GAM.

Q. How much revenue did News Corp believe it might lose by switching away from GAM?

A. I don't recall the exact dollar figure but it was in the millions of dollars.

Q. Why did News Corp not believe that it

HIGHLY CONFIDENTIAL - MINKIN

could make that revenue up from other sources?

A. Because the volume of programmatic demand coming through Google Ad Manager that is unique to Google Ad Manager is, frankly, just extremely significant and it's hard to imagine how we would make that up otherwise.

Q. When you say it's extremely significant, what do you mean by that?

A. It's as a percent of volume of programmatic transactions. I don't know the exact percent. But, you know, it -- there's no -- there's no programmatic player who would have more volume than Google. They are the biggest.

Q. Let's -- could you pull up Exhibit 3 from your pile there, which is the Project Cinderella analysis in 2017. Let me know when you have that in front of you.

A. Yes.

Q. At the bottom of the first page there's a portion of the chart that refers to revenue risk. Do you see that?

A. Yes.

Q. It says in that portion of the chart, "Disconnecting AppNexus and DFP would potentially

HIGHLY CONFIDENTIAL

C E R T I F I C A T E

I, JOSEPHINE H. FASSETT, a Registered Professional Reporter, Certified Court Reporter, and Notary Public of the states of New York and New Jersey, do hereby certify that the witness, whose stenographically recorded deposition is hereinbefore set forth, was first duly sworn by me on the date indicated, and that the foregoing stenographically recorded deposition is a true and accurate record of the testimony given by such witness.

I FURTHER CERTIFY that I am not employed by nor related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have subscribed my hand this 26th day of September 2023.

JOSEPHINE H. FASSETT, RPR, CCR
NCRA License No. 32148
CCR License No. 30XI00098400
New York Notary Public
New Jersey Notary Public