# Exhibit 75

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES, et al., Plaintiffs, | : | Civil Action No.: 1:23-cv-108 |
| versus | : | Tuesday, September 10, 2024 Alexandria, Virginia Day 2 a.m. Pages 1-164 |
| GOOGLE LLC, Defendant. | : | |

The above-entitled bench trial was heard before the Honorable Leonie M. Brinkema, United States District Judge. This proceeding commenced at 8:58 a.m.

A P P E A R A N C E S:

FOR THE PLAINTIFFS:
GERARD MENE, ESQUIRE
OFFICE OF THE UNITED STATES ATTORNEY
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700

JULIA TARVER WOOD, ESQUIRE
AARON TEITELBAUM, ESQUIRE
JEFFREY VERNON, ESQUIRE
KATHERINE CLEMONS, ESQUIRE
UNITED STATES DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
450 Fifth Street, NW
Washington, D.C. 20530
(202) 894-4266

(State of VA)
TYLER HENRY, ESQUIRE
OFFICE OF THE ATTORNEY GENERAL
OFFICE OF THE SOLICITOR GENERAL
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7704

One of the ways that we used to combat that was, we would set higher floors for certain exchanges if we felt like we were seeing more malware or spam coming through, because the fraudsters would tend to use the lower CPMs, bids, in order to do that.

Q Based on what you observed when you were implementing header bidding and working with these publishers, was Google better than the other ones, any other exchanges, at preventing fraud or malware or spam?

A No. They had their chance, too.

Q And by "they had their chance, too," what do you mean?

A Like, some days we would be like, oh, it's coming through AdX. Right.

Q Are you familiar with Google's Open Bidding?

A Yes.

Q Was Google's Open Bidding better than header bidding at preventing spam or fraud or malware?

A I don't know.

Q Let's see. After header bidding became popular, which exchange bid lasts within DFP?

A Google.

Q And what is AdX bidding last in the header bidding time period called?

A Last look.

Q Let's focus on your time at News Corp.

Do you have an understanding of whether last look led to more revenue for News Corp?
A Yes.
Q And what is that understanding based on?
A Sure. So we ran an analysis based on our data, and we found that when Prebid or header bidding responded, Google would typically pay -- this was in the UK, so they would typically pay between one and two pence above what all the header bidding line items would respond.
Q And so what did you conclude from this analysis that you did about whether last look generated additional revenue for News Corp or not?
A So we concluded that there was not a lot of incremental revenue value that was driven by Google for the header bidding line items.
Q And Google publicly stated that it was giving up last look at the end of 2019?
A Yes.
Q Do you have an understanding of how often Google Ads bid slightly above the floor even after this end of last look?
A Yes. We ran another analysis -- well, an outside party ran another analysis for us, and, in that, we found that that behavior still existed on bids from Google Ads.
MS. SESSIONS: Your Honor, objection. Hearsay.

THE COURT: Sustained. Sustained.
BY MR. VERNON:
Q What did you observe personally -- I'll move on.
Let's talk about UPR and price floors.
What is UPR?
A Unified Pricing Rules.
Q And what did UPR do?
A It made it so that all of the floors in DFP applied to all the line items.
Q And what is a price floor?
A A price floor is what publishers set, and they don't want people to buy their impressions below that price.
Q How does a price floor affect an auction?
A It basically says, like, if you respond with a bid lower than this amount, you won't win the impression.
Q Prior to UPR, how did News Corp's floors for AdX compare to its floors for the other exchanges?
A We typically set higher floors for AdX because AdX would pay more.
Q And can you give the reasons why News Corp typically sets higher floors for AdX before UPR?
A So typically it was because we could make more money from Google Ads demand. Otherwise, Google Ads demand would historically lower their bids.
Q How did setting higher floors for AdX affect the

a human and in a brand-safe environment.
Q And what are some of the big companies that you mentioned in the ad fraud and brand-safety space?
A I think -- if I think about -- you know, the two largest and public companies are DoubleVerify and Integral Ad Science, or IAS.
Q And when you think about ad fraud and brand safety, are you aware of any Google products that are in that space?
A I know they acquired some companies. I believe they acquired a company called Adometry, but I don't know exactly what Adometry's tech was doing at the time or evolved to. But Google has told us that they do protect for brand safety and for fraud.

THE COURT: All right. It's now 1:00, we're going to break for lunch. We'll be back in session at 2.

Mr. Friedman, we're going to give you a witness badge so you can get a little bit faster through the crowds, and make sure you give it to our court security officer before you leave the courtroom at the end of your testimony.

THE WITNESS: Thank you, Your Honor.

(Court recessed for lunch at 1:01 p.m.)

---

I certify that the foregoing is a true and accurate transcription of my stenographic notes.

Stephanie Austin

Stephanie M. Austin, RPR, CRR