# Exhibit 82




Use case: In place of AdX 101..

# Agenda

**WHAT WE'LL COVER TODAY:**

- Why work with AdX Agency?
- What exactly is AdX?
- How AdX Agency can provide value?
    - Value-add engagements
    - Insightful benchmarks & data
    - Premium, quality media at scale

DoubleClick Ad Exchange

Google Confidential & Proprietary


Why work with AdX Agency?
DoubleClick
Google Confidential & Proprietary


2017 was the year of awareness
in the programmatic ecosystem -
2018 should be the year of *action*.
DoubleClick
Ad Exchange
Google Confidential & Proprietary




[NOTES]

Quality:
The next slide will point out - but 96% of AdX publisher relationships are direct. The best in class!
We are the cleanest exchange and we have NEVER charged DSPs and advertisers for invalid traffic - since day 1.
Spider IO integration what this means for our customers:
Tech automatically removes hidden ad slots from being eligible to buy
Blocks ad stacking
Blocks bad actors from creating adware that can inject hidden ads into a web page, without the publisher even realizing it

Innovation:
DFP + AdX integration - A robust direct integration within DFP which brings a lot of benefit to Buyers. There are two features worth noting:
EDA (Enhanced Dynamic Allocation): DFP feature allowing real-time competition with Standard and non-guaranteed campaigns to all AdX Buyers
DFL (DFP First Look): DFP feature allowing first look access to all DFP Inventory for selected Buyers at a high CPM
A recent BCG study found that PG is 29% more efficient for agencies and 57% for publishers than traditional tag reservations (time saved from setup to billing).
Auction Packages are curated inventory packages across publishers that are addressed by a deal ID, easily shared across seats and clears at open auction priority & price.




In addition to having extremely low levels of fraud compared to other exchanges, AdX leads the way in viewability. According to Pixalate's Global Seller Trust Index, AdX has the highest viewability rating among exchanges.

# What is AdX doing to remain the **cleanest exchange**?

| Policy | People | Technology | Industry |
| --- | --- | --- | --- |
| 1.8M | 120+ | 180+ | iab. tag |
| Applications rejected to join our ad networks (2016) | Working worldwide to defend our ad systems. | Automated filters launched across our ad systems. | Collaboration with IAB and TAG on various initiatives |

DoubleClick by Google

*Sensitive categories flags are assigned at **page level ONLY** to avoid bad user experience. They are available in **certain languages ONLY**. See list HERE.

Google Confidential & Proprietary




Use this slide to demonstrate the variability in quality inventory across exchanges.
Almost all exchanges have 10%+ invalid traffic
Some exchanges are majority invalid!
Wide variance in exchanges ability to fight different flavors of fraud
AdX
largest exchange but almost the lowest fraud
any fraudulent traffic is filtered post-bid and buyers are not charged
Informal definitions for invalid traffic displayed in the graph
Misrepresented: Falsely represented inventory. See slides titled Falsely represented inventory.
Manual: Traffic determined as invalid based on a manual review by our ops teams.
High frequency: High-frequency cookie patterns that are anomalous (i.e., a frequency beyond that typically generated by humans).
Botnet: invalid traffic originating from compromised computers that are remotely controlled directly or indirectly by an attacker, often without the user knowing that his/her computer got hijacked.
Ad Injection: malware/adware that injects ads into pages where the ads don’t belong.
Data center: automated invalid traffic originating from a data center (typically from spam bots, scrapers, or crawlers)
Policy: trivially caught spam that does not mean anything particularly malicious or fraudulent, for example: expired, duplicate, near duplicate, and some cookie-frequency (serving rate limiting policy not based on abuse thresholds.)

## Ads.txt Industry Adoption Update

- Ads.txt adoption increased **1,924%** between September and December 2017, with the number of unique sites with an ads.txt file implemented as of Dec 18 climbing to 71,288
- Over half (55.9%) of the top 1000 sites which support programmatic advertising have ads.txt
- Of the top 5000 sites, 50% have implemented ads.txt




- Google is listed as a partner on 96.6% of all domains that have ads.txt




- Google is the most common "direct" partner, while AppNexus is the most common "reseller" partner

DoubleClick by Google

Source: Pixalate 2017: Ads.txt Trends Report

Google Confidential & Proprietary 9

- 3.7.18: Ads.txt has passed the 50% adoption mark among the top 5,000 programmatic sites. Additionally, over 150,000 total publishers now have ads.txt. - Pixalate report
- Ads.Txt follow up from a 3P source -- Supply Optimization and authorized inventory is definitely top of mind

# How can AdX Agency provide me value?

DoubleClick by Google

Google Confidential & Proprietary

# The AdX Agency team can provide **value for** you to **ACT**

## Commitment to ***strategic partnerships***

With deep programmatic knowledge, AdX Agency provides functional expertise to deliver fully-integrated solutions for brands

## A source for ***insightful advertiser data***

Propelled by the largest, cleanest exchange, AdX Agency can develop meaningful programmatic insights for brands to put into practice

## Access ***to quality media across formats***

With an abundance of publisher-created content - across all formats - AdX complements any brand's media investments

DoubleClick

Google Confidential & Proprietary


HIGHLY CONFIDENTIAL




[NOTE]

Value-add engagements:
Educating customers to turn transparency into action:
Optimizing the supply chain to maximize working media
DFP + AdX integration - A robust direct integration within DFP which brings a lot of benefit to Buyers - we can help you understand the DFP waterfall and how that will impact the prices you pay in auction
Combatting invalid traffic with Ads.txt
Treat programmatic media like upfronts with guaranteed buys
Deep dives on format-specific challenges & opportunities (i.e. ConnectedTV, the DFP waterfall, video arbitrage, combatting in-banner video)

Insightful benchmarks & data:
AdX can provide custom/unique analytics for specific advertisers from the largest exchange:
Peerset & industry benchmarks
Relevant market insights & consumer trends
Format investment analysis (display, video, mobile, native, CTV, etc)
Transaction investment analysis (PG, private auctions, etc.)

Premium, quality media:
AdX inventory represents 96% Publisher Direct Impressions, fully transparent urls are available
AdX is the the only Exchange directly integrated into DFP
The remaining 4% is one step removed from seller and vetted/verified by Google. Option to opt out of buying if needed.
We can provide education around premium media opportunities (video, desktop) and how to target/buy
We can offer advertiser KPI analysis for custom media opportunities (PG, auction packages, deal strategies) based on specific goals




[NOTE]

Let's discuss our ADX offering - This slide is not perfect - These options are not mutually exclusive, for example PG and PDs are privileged positions and the considerations are the same, but lets walk through the pros and cons of each of these buying options.

Pros of Open: listed above
Cons of Open: brand safety, less secure
Pros of Privilege: listed above
Cons of Privilege: Manual setup, time intensive, higher priced
Pros of Privilege: listed
Cons of Privilege: also manual, publisher negotiations and marketplaces to access for deal approval. PG has a commitment so if there is a performance component of your buy - you are held to the commitment even if the inventory doesn't hit your metric, so be aware


Thank you!
DoubleClick
Google Confidential & Proprietary

# Appendix

DoubleClick by Google

Google Confidential & Proprietary

# Differences between AdX & AdSense

| Feature | Ad Exchange | AdSense |
|---|---|---|
| Inventory | AdWords and ALL AdX buyers | AdWords and GCAN certified AdX buyers |
| Anonymity | Yes | N/A |
| Ad Customization | Not allowed; Publishers can only use standard IFRAME code | NPL and Tier 1 OPG publishers can use JS to customize the look of the ad |
| Min CPMs | Publishers can self manage directly in UI | Must be enabled by TAM in the backend |
| Filtering | Account and Ad Unit level | Account level only |
| Contract | Standard terms for all publishers | NPL partners have negotiated contract OPG partners have standard terms |
| Dynamic Allocation | Available via DFP | Available via DFP |
| Revenue Calculation | CPM | CPC |
| Dynamic Allocation | Available via DFP | Available via DFP |
| Direct Deals/Private Exchanges | Yes | N/A |
| Service Level Capabilities | Full service model available for strategic partners | No full service model |

DoubleClick by Google

Google Confidential & Proprietary