UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION — 21-md-3010 (PKC)

ORDER

-----------------------------------------------------------x

ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.,

Plaintiffs, — 21-cv-3446 (PKC)

-against-

GOOGLE LLC and ALPHABET INC.,

Defendants.

-----------------------------------------------------------x

GANNETT CO., INC.,

Plaintiff, — 23-cv-5177 (PKC)

-against-

GOOGLE LLC and ALPHABET INC.,

Defendants.

-----------------------------------------------------------x

CASTEL, Senior District Judge:

In a separate Order of today's date, the Court has denied Google's application to stay proceedings in the above actions pending resolution of its anticipated appeal to the Fourth Circuit. In this Order the Court considers the alternate relief sought by Google: the adjournment of the April 5, 2027 trial of the actions brought by Gannett and the Daily Mail. Gannett and the Daily Mail oppose the adjournment request.

Google states that counsel from the law firm of Dunn Isaacson Rhee LLP ("Dunn Isaacson"), a firm whose lawyers first appeared in this five-year-old MDL less than six-months

ago, are to conduct the trial for Google and have conflicting trials scheduled for April, May and June 2027. Google further states that its lead in-house counsel has an arbitration scheduled for June 2027.

Google's moving brief did not identify counsel by name or explain the nature of their scheduling conflicts. In its unsworn reply memorandum signed by a lawyer from Axinn LLP,[1] Google explains that Karen Dunn, Bill Isaacson and Jeannie Rhee of the Dunn Isaacson firm are the trial counsel, acted as Google's lead trial counsel in the E.D. Va. Action and are scheduled to begin jury selection in Delaware Superior Court on April 8, 2027 for a trial that was set in April 2026. (Reply at 10 (ECF 2125 at 14 n.7).) On May 3, 2027, Ms. Dunn and Ms. Rhee are scheduled to begin a trial in the Northern District of California, and on June 14, 2027, Ms. Dunn and Mr. Isaacson are scheduled to begin a trial in the Western District of Washington. (Id.)

So far as the Court can determine, no lawyer from Dunn Issacson has argued any substantive motion in this MDL. Ms. Dunn, Mr. Isaacson and Ms. Rhee did not enter appearances in this MDL until April 2026, after the close of discovery in the Gannett and Daily Mail actions. Google argues that it would be deprived of its chosen trial counsel if the April 5, 2027 trial date is not adjourned. Google is unable to state when the Dunn Issacson lawyers would be available to try the action except to say that it would be "no sooner than the second half of 2027 . . . ." (Reply at 10.) But in addition to the Dunn Isaacson lawyers, attorneys from Axinn LLP, Freshfields US LLP, Wilson, Sonsini Goodrich & Rosati P.C., and other law firms

[1] Arguments first raised in reply are disfavored and may be ignored. See, e.g., Ernst Haas Studio, Inc. v. Palm Press, Inc., 164 F.3d 110, 112 (2d Cir. 1999).

have appeared in this MDL on Google's behalf. Five months ought to be sufficient time for Google to secure alternative trial counsel.

Google's application to adjourn the trial of the Gannett and Daily Mail actions is DENIED without prejudice to renewal upon submission within seven days of this Order affidavits from each of Ms. Dunn, Mr. Isaacson and Ms. Rhee stating that they have been retained to try the Gannett and Daily Mail actions, when they were retained for that trial, identifying any other lawyers from any other firm expected to participate in the presentation of evidence or argument at trial, affirming the truth of the statements in the unsworn reply memorandum of law (Reply at 10 (ECF 2125 at 14 n. 7)) as to conflicting trial commitments and setting forth any dates on which they are not available for trial in the second half of 2027, including the names, court and docket numbers of any conflicting commitments. Counsel for Gannett and Daily Mail may respond five days thereafter.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
November 5, 2026